DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JIMMIE JEROME MANNING,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-11

————————————————

September 1, 2023

Appeal from the Circuit Court for Pasco County; Mary M. Handsel, Judge.

Howard L. Dimmig, II, Public Defender, and Benedict P. Kuehne and Michael T. Davis, Special Assistant Public Defenders, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

SLEET, C.J., and VILLANTI and BLACK, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.